IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RECEIVED

AUG - 2 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JACK LOSEE,
    Plaintiff,

No. 4:21-cv-00092

V.

IOWA DEPT. OF CORRECTIONS et al.,
    Defendants.

MOTION FOR
RECONSIDERATION
OF INITIAL
REVIEW ORDER
AND TO INFORM
THE COURT OF THE
INFORMATION REQUESTED.

Comes Now the Plaintiff, Jack Losee, pro se, and asks this Court to reconsider the following issues in the Court's Initial Review Order; and also supplies the Court with the information requested at pg. 15 of it's Order.

1) Plaintiff asks this Court to reconsider it's denial of allowing the issue of plaintiff being denied the music guaranteed by the defendants. At pg. 5 of this Court's Order, the Court ruled that "Losee has a meaningful postdeprivation remedy by filing a claim in state court under Iowa's statutory tort claims procedure."

Petitioner did file that state action (see
Losee v. State of Iowa, SCSC643589) and the
State Small Claims Court denied the relief.
Therefore, that remedy was exhausted, as
required by law.

2) Plaintiff asks this Court to reconsider it's denial
of appointment of Counsel for the following reasons:
   The Anamosa State Penitentiary is on a partial
Restricted Movement Status, and because of this,
the library (including the law library) is
closed, and we can not even check out
legal books.
   We are also very limited on the time we
are allowed out of our cells.
   In addition, plaintiff struggles to write at all
because of serious restrictions and limitations
with hands and wrist pain and swelling due to
arthritis. Plaintiff is on medications for
this issue: Methotrexate and Hydroxychloroquine
both.
   Therefore, plaintiff asks this Court to appoint
Counsel due to the above listed circumstances.


3) And, finally, the information on providing the
Court with information as to where Defendant
Gupta may be served is as follows.

- 3

Atul Gupta (founder & president)
Advanced Technologies Group (ATG)
1601 48th Street, Ste 220
West Des Moines, IA 50266

Dated:                                    Signed.

7-26-21                                   Jack Losee   403500
                                          406 N. High St
                                          Anamosa, IA 52205

Jack Losee
#0403522
406 N. High St.
Anamosa, IA
52205

CEDAR RAPIDS IA 522

28 JUL 2021   PM 2   L

USA ★ FOREVER

Clerk, U.S. District Court
P.O. Box 9344
Des Moines, IA
50306-9344

X-RAYED & CLEARED BY U.S.M.S.

LEGAL MAIL

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections

50306-934444