IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JACK LOSEE,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA DEPARTMENT OF CORRECTIONS, BETH SKINNER, IOWA PRISON INDUSTRIES, ACCESS CORRECTIONS, ATUL GUPTA, JEREMY LARSON, CLERKS AT POLK COUNTY COURTHOUSE, AND LISA OSWALD,<br><br>    Defendants. | Case No. 4:21-cv-00092-RGE-HCA<br><br><br><br>**DEFENDANT SKINNER AND LARSON'S MOTION TO DISMISS** |

COMES NOW Defendants Beth Skinner and Jeremy Larson, through undersigned counsel and request that this matter be dismissed as it fails to state a claim upon which relief can be granted and lacks a jurisdictional basis to proceed.  *See* Fed R. Civ. P. 12(b)(1) and (6). Specifically, the Plaintiff Jack Losee brought two separate claims which were allowed to proceed.  First, Losee claims that Defendants Skinner and Larson have engaged in overly broad censorship of music in violation of his 1st Amendment rights.  Second, Losee claims that edit/blocked numerous television shows in violation of his 1st Amendment rights. The Defendants Beth Skinner and Jeremy Larson assert that the claims brought by Losee must be dismissed as limits on explicit lyrics in the Iowa Department of Corrections are allowed, *Herlein v. Higgins*, 172 F.2d 1090, 1092 (8th Cir. 1999), and there is no right to watch particular television programing.  *See Downs. v. Ludwick*, 2015 WL 13283395 (S.D. Iowa 2015); *Downs v.*

1

*Ludwick*, 2015 WL 13333482 (S.D. Iowa 2015) (*reconsideration denied*); *Downs v. Ludwick*, 632 Fed. Appx. 319 (8th Cir. 2016) (*judgment affirmed*).

WHEREFORE, Defendants Beth Skinner and Jeremy Larson requests that the Complaint be dismissed and all costs be assessed to the Plaintiff.

> THOMAS J. MILLER
> Attorney General of Iowa
>
> /s/ WILLIAM A. HILL
> WILLIAM A. HILL (AT0003532)
> Assistant Attorney General
> Special Litigation Division
> Hoover Building, 2nd Floor
> 1305 E. Walnut
> Des Moines, IA  50319
> Ph:  (515) 281-6162
> Fax:  (515) 281-4902
> Email: William.Hill@ag.iowa.gov
> ATTORNEYS FOR BETH SKINNER AND JEREMY LARSON

Original filed.

Copy to:

Jack Losee
Inmate  #0403522
Anamosa State Penitentiary
Box 10
Anamosa, IA 52205

Ryan Stefani
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Attorney for Defendants Atul Gupta and Advanced Technologies Group

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 17, 2021.

_X_ U.S. Mail           ___ FAX
___ Hand Delivery   ___ Overnight Courier
___ Federal Express  ___ Other
_x_ Electronically
Signature:      /s/  Jessica R. Porter