IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RECEIVED
OCT 04 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JACK LOSEE,
   Plaintiff,

VS.

No. 4:21-CV-00092-RGE-HCA

IOWA DEPT. OF CORRECTIONS, et al.,
   Defendants.

MOTION TO AMEND COMPLAINT, AND AMENDMENTS

Comes Now the Plaintiff Jack Losee, pro se, and requests to Amend the Complaint to include the following:

1. Amend to include Warden Kris Karberg and Tracy Dietsch (A.S.P. Treatment director), who are both directly responsible for the editing of the television programs and movies.

2. To add that defendant Atul Gupta is being sued both in his individual capacity and as a state agent. That Gupta is acting as a state agent and has been doing so since, and because he entered into a contract with the Iowa Dept. of Corrections and/or the Iowa Prison Industries to sell music to Iowa Prisoners. Therefore, he and his company is acting in conjunction with the Iowa D.O.C. and I.P.I.

3. To add that the editing of the television stations is in violation of the Equal Protection Clause and our Liberty Interests, as no other institutions in the state of Iowa block stations to the degree that is being done at the Anamosa State Penitentiary; ~~at Anamosa~~ and because a liberty interest was established when the IA. D.O.C. and prison personnel allowed prisoners to watch television for numerous years, and to watch stations and programs without editing, for years as well, and then wished to edit programs and movies that are not explicit or sexual, and are already edited for television.

Dated:
9-28-21

Signed,
Jack Losee #0403527
406 N. High St.
Anamosa, IA 52205