IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RECEIVED
OCT 04 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JACK LOSEE,
  Plaintiff,

No. 4:21-CV-00092-RGE-HCA

VS.

IOWA DEPT. OF CORRECTIONS, et al.,
  Defendants.

REQUEST FOR LEAVE TO FILE AN INTERLOCUTORY APPEAL TO THE EIGHTH CIRCUIT COURT OF APPEALS AND REQUEST FOR A STAY OF ALL PROCEEDINGS PENDING THAT APPEAL

Comes Now the Plaintiff Jack Losee, pro se, and requests for leave to file an interlocutory appeal to the Eighth Circuit Court of Appeals, and for a stay of all proceedings pending the outcome of that appeal. And in support, states the following:

1. This Court refusing to allow Plaintiff to take depositions seriously hinders plaintiff and his ability to litigate this action.

2. This Court refusing to appoint counsel when the Court knows full-well that plaintiff can not adequately litigate this action against the Attorney General's office and a private law firm seriously disadvantages plaintiff and makes

litigating this action impossible, thus constituting an abuse of discretion.

3. This Court is claiming that plaintiff has no right to bring the issue of the loss of purchased music, when it is the exact same issues that were brought, and won, by the inmates in the State of Florida. See Demler v. Inch. USDC (N.D. Fla.) Case No. 4:19-cv-00094. Thus, this Court is claiming that this plaintiff does not have the same rights as all of the Florida State prisoners.

These actions by this Court require an immediate appeal and formal complain to the Eighth Circuit Court of Appeals, and plaintiff asks this Court to allow it, and to stay all proceedings pending the outcome of that appeal.

Dated:
9-28-21

Signed,
Jack Losee #0403532
406 N. High St.
Anamosa, IA 52205