IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JACK LOSEE,<br><br>              Plaintiff,<br><br>vs.<br><br>IOWA DEPARTMENT OF CORRECTIONS, BETH SKINNER, IOWA PRISON INDUSTRIES, ACCESS CORRECTIONS, ATUL GUPTA, JEREMY LARSON, CLERKS AT POLK COUNTY COURTHOUSE, AND LISA OSWALD,<br><br>              Defendants. | Case No. 4:21-cv-00092-RGE-HCA<br><br><br><br><br><br>**DEFENDANTS KARBERG AND DIETSCH'S MOTION TO DISMISS** |

COMES NOW Defendants Kristofer Karberg and Tracy Dietsch, through undersigned counsel and request that this matter be dismissed as it fails to state a claim upon which relief can be granted and lacks a jurisdictional basis to proceed.  *See* Fed. R. Civ. P. 12(b)(1) and (6). Specifically, the Plaintiff Jack Losee brought two separate claims which were allowed to proceed.  First, Losee claims that Defendants Karberg and Dietsch have engaged in overly broad censorship of music in violation of his 1st Amendment rights.  Second, Losee claims that they edited/blocked numerous television shows in violation of his 1st Amendment rights.

The Defendants Kristofer Karberg and Tracy Dietsch assert that the claims brought by Losee must be dismissed as limits on explicit lyrics in the Iowa Department of Corrections are allowed, *Herlein v. Higgins*, 172 F.2d 1090, 1092 (8th Cir. 1999), and there is no right to watch particular television programing.  *See Downs v. Ludwick*, 2015 WL 13283395 (S.D. Iowa 2015); *Downs v.*

*Ludwick*, 2015 WL 13333482 (S.D. Iowa 2015) (*reconsideration denied*); *Downs v. Ludwick*, 632 Fed. Appx. 319 (8th Cir. 2016) (*judgment affirmed*).

WHEREFORE, Defendants Kristofer Karberg and Tracy Dietsch requests that the Complaint be dismissed and all costs be assessed to the Plaintiff.

THOMAS J. MILLER
Attorney General of Iowa


/s/ WILLIAM A. HILL
WILLIAM A. HILL (AT0003532)
Assistant Attorney General
Special Litigation Division
Hoover Building, 2nd Floor
1305 E. Walnut
Des Moines, IA  50319
Ph:  (515) 281-6162
Fax:  (515) 281-4902
Email: William.Hill@ag.iowa.gov
ATTORNEYS FOR BETH SKINNER, JEREMY LARSON, KRISTOFER KARBERG AND TRACY DIETSCH


Original filed.

Copy to:
Jack Losee
Inmate  #0403522
Anamosa State Penitentiary
Box 10
Anamosa, IA 52205

Ryan Stefani
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Attorney for Defendants Atul Gupta and
Advanced Technologies Group

| **Proof of Service** |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 13, 2021. |

_X_ U.S. Mail        ___ FAX

___ Hand Delivery        ___ Overnight Courier

___ Federal Express        ___ Other

_x_ Electronically

Signature:        /s/  Jessica R. Porter